Order entered December 19, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-11-01674-CV

 Michael Tabasso, CP Communications LLC, Donald Cox, Jr. AND cp ENTERPRISES
 OF ORLANDO, INC. dba cp ENTERPRISES OF ORLANDO, llC DBA cp ENTERPRISES DBA
 COMMUNICATIONS PLUS, Appellants

 V.

 Bearcom Group, Inc., Appellee

 On Appeal from the 95th Judicial District Court
 Dallas County, Texas
 Trial Court Cause No. DC-10-16089-D

 ORDER

 We GRANT the December 17, 2012 unopposed motion to dismiss the appeal
of appellants Donald Cox, Jr., CP Communications, LLC, and CP Enterprises
of Orlando, Inc. and DISMISS the appeal as to these parties only. Each
party shall bear its own costs of appeal.
 The appeal of Michael Tabasso remains pending and will be reset for
submission in due course.
 /s/ MOLLY FRANCIS
 JUSTICE